# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 52080

STATE OF IDAHO,

    Plaintiff-Respondent,

v.

JESSE DEAN GEORGE,

    Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

Filed: April 24, 2025

Melanie Gagnepain, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

---

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Peter G. Barton, District Judge.

Order denying Idaho Criminal Rule 35 motion, <u>affirmed</u>.

Erik R. Lehtinen, State Appellate Public Defender; Elizabeth A. Allred, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kacey L. Jones, Deputy Attorney General, Boise, for respondent.

---

Before GRATTON, Chief Judge; HUSKEY, Judge;
and TRIBE, Judge

---

PER CURIAM

Jesse Dean George pleaded guilty to felony possession of a controlled substance, Idaho Code § 37-2732(c) and misdemeanor destruction of evidence, I.C. § 18-2603. For the felony, the district court imposed a unified sentence of seven years, with a minimum period of incarceration of two years. The court ordered credit for time served for the misdemeanor. George filed an Idaho Criminal Rule 35 motion, which the district court denied. George appeals.

A motion for reduction of sentence under I.C.R. 35 is essentially a plea for leniency, addressed to the sound discretion of the court. *State v. Knighton*, 143 Idaho 318, 319, 144 P.3d 23, 24 (2006); *State v. Allbee*, 115 Idaho 845, 846, 771 P.2d 66, 67 (Ct. App. 1989). In presenting an I.C.R. 35 motion, the defendant must show that the sentence is excessive in light of new or

1

additional information subsequently provided to the district court in support of the motion. *State v. Huffman*, 144 Idaho 201, 203, 159 P.3d 838, 840 (2007). Upon review of the record, including any new information submitted with George's I.C.R. 35 motion, we conclude no abuse of discretion has been shown. Therefore, the district court's order denying George's I.C.R. 35 motion is affirmed.